District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMED A. SAID,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>                    Defendant. | CASE NO. 2:23-CV-00134-JNW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), this action is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DATED: June 29, 2023.

**STIPULATED:**

TESSA M. GORMAN
Acting United States Attorney

*s/ Annalisa L. Cravens*
ANNALISA L. CRAVENS, TX Bar #24092298
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone:  206-553-7970
Fax:  206-553-4067
E-mail:  annalisa.cravens@usdoj.gov

*Counsel for Defendant*

STIPULATION OF DISMISSAL
WITH PREJUDICE
2:23-cv-00134-JNW - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

—and—

TERRELL MARSHALL LAW GROUP PLLC

<u>s/ Jennifer Rust Murray</u>
JENNIFER RUST MURRAY, WSBA #36983
jmurray@terrellmarshall.com
Beth E. Terrell, WSBA #26759
bterrell@terrellmarshall.com
Benjamin M. Drachler, WSBA #51021
bdrachler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Counsel for Plaintiff*

STIPULATION OF DISMISSAL
WITH PREJUDICE
2:23-cv-00134-JNW - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970